

# IN THE
# TENTH COURT OF APPEALS

## No. 10-23-00407-CR

**RICHARD B. STEPP,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 272nd District Court**
**Brazos County, Texas**
**Trial Court No. 23-03484-CRF-272**

## MEMORANDUM  OPINION

On December 13, 2023, appellant, Richard B. Stepp, filed a pro se notice of appeal challenging the trial court's denial of his pro se "Notice of Jurisdiction" affidavit.[1]  The Texas Rules of Appellate Procedure provide that a criminal defendant has the right to appeal a judgment of guilt or other appealable order.  *See* TEX. R. APP. P. 25.2(a)(2).

---

[1] Although originally appointed counsel, Stepp has filed a notice of self-representation in this case.

However, there is no appealable order in this case. *See id.*; *see also id.* at R. 26.2(a)(1), 27.1(b).

Furthermore, the standard for determining whether an appellate court has jurisdiction to hear and determine a case "'is not whether the appeal is precluded by law, but whether the appeal is authorized by law.'" *Blanton v. State*, 369 S.W.3d 894, 902 (Tex. Crim. App. 2012) (quoting *Abbott v. State*, 271 S.W.3d 694, 696-97 (Tex. Crim. App. 2008)). Based on our review, there is no statutory authority granting Stepp the right to appeal the denial of his "Notice of Jurisdiction" affidavit.

Accordingly, we dismiss this appeal for lack of jurisdiction.[2] *See* TEX. R. APP. P. 43.2(f); *see also Blanton*, 369 S.W.3d at 902; *Abbott*, 271 S.W.3d at 696-97.


STEVE SMITH
Justice

Before Chief Justice Gray,
     Justice Johnson,
     and Justice Smith
(Chief Justice Gray concurs.)
Appeal dismissed
Opinion delivered and filed January 4, 2024
Do not publish
[CR25]



---

[2] In light of this disposition, we dismiss as moot all pending motions in this case.